Brad A. Berish (BB 0340
    pro hac vice application pending)
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
(312) 435-1050 (ph)
bberish@ag-ltd.com

[No hearing required]

Attorneys for defendant, PMD Company
(a/k/a G01ING PLACES LLC)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

DOUGLAS E. PALERMO,
        Debtor.

DAVID R. KITTAY, TRUSTEE,

        Plaintiff,

   vs.

BRIAN FARLEY, PHILIP HERLIHY, and PMD
COMPANY,

        Defendants.

**08 CIV. 1257**

**BRIEANT**

Civil Action No. _____ cv _____ (__)

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible qualification or recusal, the undersigned

counsel for PMD Company (a/k/a G01NG PLACES LLC, an Illinois limited liability company)

certifies that it has no parent corporation or any publicly held corporation owning 10% or more

of its equity interests.

RECEIVED
JAN 30 2008
U.S. BANKRUPTCY COURT, SDNY

77526.2                                                          1

DATED:        January 29, 2008.

Respectfully submitted,

By: /s/ Brad A. Berish
Brad A. Berish (BB 0340 admitted pro hac vice)
ADELMAN & GETTLEMAN, LTD
53 W. Jackson Boulevard
Suite 1050
Chicago, Illinois 60604
(312) 435-1050
Attorneys for defendant, PMD Company (a/k/a G01ING PLACES LLC)

77526.2                                    2