UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[No Hearing Required]

Brad A. Berish (pro hac vice application pending)
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
(312) 435-1050 (ph)
bberish@ag-ltd.com

Attorneys for defendants,
Brian Farley, Phillip Herlihy and PMD Company
(a/k/a G01ING PLACES LLC)

| | |
|---|---|
| In re<br><br>DOUGLAS E. PALERMO,<br>         Debtor.<br><br>DAVID R. KITTAY, TRUSTEE,<br><br>         Plaintiff,<br>vs.<br><br>BRIAN FARLEY, PHILIP HERLIHY, and PMD COMPANY,<br><br>         Defendants. | Civil Action No. 08 cv 1257 (CLB)<br><br><br><br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brad A. Berish, a member of good standing of the bar of the State of Illinois and of the United States District Court for the Northern District of Illinois, Eastern Division, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Brad A. Berish
    Firm Name:           Adelman & Gettleman, Ltd.
    Address:             53 W. Jackson Boulevard, Suite 1050
    City/State/Zip:      Chicago, IL 60604
    Phone Number:        312-435-1050
    Fax Number:          312-435-1059
    Attorney for Defendants, Brian Farley, Phillip Herlihy,
    and PMD Company (a/k/a G01ing Places, LLC)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

78066.1

There are no pending disciplinary proceedings against Brad A. Berish in any State or Federal court.

I attach hereto as Exhibits A and B, respectively, the Affidavit of Jonathan B. Alter in support of this motion and a Certificate of Good Standing for Brad A. Berish of the bar of the State of Illinois.

Dated: February 8, 2008

City, State: Chicago, Illinois

                                        Respectfully submitted,

_____
Brad A. Berish
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard, Suite 1050
Chicago, IL 60604
Phone Number:     312-435-1050
Fax Number:       312-435-1059
Attorney for Defendants, Brian Farley, Phillip Herlihy, and PMD Company (a/k/a Go1ing Places, LLC)

78066.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DOUGLAS E. PALERMO,<br>　　　　　Debtor.<br><br>DAVID R. KITTAY, TRUSTEE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>BRIAN FARLEY, PHILIP HERLIHY, and PMD COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 08 cv 1257 (CLB)<br><br><br>AFFIDAVIT OF JONATHAN B. ALTER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

STATE OF CONNECTICUT )
　　　　　　　　　　　　　) ss: Hartford
COUNTY OF Hartford    )

　　　Jonathan B. Alter, being duly sworn, hereby deposes and says as follows:

1. I am an attorney and partner at Bingham McCutchen LLP with offices at One State Street, Hartford, Connecticut. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Brad A. Berish as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January, 1989. I am also admitted to the bar in the United States District Court for the Souther District of New York, and am in good standing with this court.

3. I have known Brad A. Berish since 2001.

4. Brad A. Berish is a partner at Adelman & Gettleman, Ltd., in Chicago, Illinois.

5. I have found Mr. Berish to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

1

78079.1 1/23/08

6.  Accordingly, I am pleased to move the admission of Brad A. Berish, pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit Brad A. Berish, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: January 24, 2008

City, State: Hartford, Connecticut

Notarized: *[signature]*

**HOLLY R. GIONFRIDDO**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES JUNE 30, 2011**

Respectfully submitted,

*[signature]*

Jonathan B. Alter
SDNY Bar Code: 6822
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Telephone: 860-240-2969
Fax: 860-240-2569
jonathan.alter@bingham.com

2

78079.1 1/23/08

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Brad Arnold Berish

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, January 18, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brad A. Berish (pro hac vice application pending)
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
(312) 435-1050 (ph)
bberish@ag-ltd.com

Attorneys for defendants,
Brian Farley, Phillip Herlihy and PMD Company
(a/k/a G01ING PLACES LLC)

| | |
|---|---|
| In re<br><br>DOUGLAS E. PALERMO,<br>        Debtor.<br><br>DAVID R. KITTAY, TRUSTEE,<br><br>                Plaintiff,<br>vs.<br><br>BRIAN FARLEY, PHILIP HERLIHY, and PMD COMPANY,<br><br>                Defendants. | Civil Action No.  08 cv 1257 (CLB)<br><br><br><br><br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Brad A. Berish, attorney for Defendants, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that:

Applicant's Name:   Brad A. Berish
Firm Name:          Adelman & Gettleman, Ltd.
Address:            53 W. Jackson Boulevard, Suite 1050
City/State/Zip:     Chicago, IL 60604
E-Mail:             bberish@ag-ltd.com
Phone Number:       312-435-1050
Fax Number:         312-435-1059
Attorney for Defendants, Brian Farley, Phillip Herlihy, and PMD Company (a/k/a G01ing Places, LLC)

78080.1

is admitted to practice pro hac vice as counsel for Brian Farley, Phillip Herlihy, and PMD Company (a/k/a G01ing Places, LLC) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
City, State:

_____
United States District/Magistrate Judge

78080.1

Brad A. Berish (BB 0340)
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
312-435-1050 (ph)
bberish@ag-ltd.com

Attorney for Defendants
Brian Farley, Phillip Herlihy and PMD Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: )<br>)<br>DOUGLAS E. PALERMO, )<br>       Debtors. )<br>_____ )<br>)<br>DAVID R. KITTAY, TRUSTEE, )<br>       Plaintiff, )<br>   vs. )<br>)<br>BRIAN FARLEY, PHILIP HERLIHY, )<br>and PMD COMPANY, )<br>       Defendants. ) | Civil Action No. 08 cv 1257 (CLB) |

**CERTIFICATE OF SERVICE**

I, Brad A. Berish, an attorney, hereby certify that a copy of the attached **Motion to Admit Counsel Pro Hac Vice** and the documents referred to therein were served upon the party listed below, via e-mail transmission and regular mail on February 8, 2008:

   Jonathan Bardavid, Esq.
   Storch Amini & Munves, P.C.
   2 Grand Central Tower
   140 E. 45th Street, 25th Floor
   New York, NY 10017
   jbardavid@samlegal.com
   Attorney for Plaintiff

Dated: February 8, 2008

_____
Brad Berish, Esq.
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
Tel: 312-435-1050
Fax: 312-435-1059

ATTORNEY FOR DEFENDANTS
Brian Farley, Phillip Herlihy and PMD Company

78133