

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brad A. Berish (pro hac vice application pending)
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
(312) 435-1050 (ph)
bberish@ag-ltd.com

Attorneys for defendants,
Brian Farley, Phillip Herlihy and PMD Company
(a/k/a G01ING PLACES LLC)

| | |
|---|---|
| In re<br><br>DOUGLAS E. PALERMO,<br>          Debtor.<br><br>DAVID R. KITTAY, TRUSTEE,<br><br>                    Plaintiff,<br>vs.<br><br>BRIAN FARLEY, PHILIP HERLIHY, and PMD COMPANY,<br><br>                    Defendants. | Civil Action No. 08 cv 1257 (CLB)<br><br><br><br><br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Brad A. Berish, attorney for Defendants, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that:

Applicant's Name:   Brad A. Berish
Firm Name:          Adelman & Gettleman, Ltd.
Address:            53 W. Jackson Boulevard, Suite 1050
City/State/Zip:     Chicago, IL 60604
E-Mail:             bberish@ag-ltd.com
Phone Number:       312-435-1050
Fax Number:         312-435-1059
Attorney for Defendants, Brian Farley, Phillip Herlihy, and PMD Company (a/k/a G01ing Places, LLC)

78080.1

is admitted to practice pro hac vice as counsel for Brian Farley, Phillip Herlihy, and PMD Company (a/k/a G01ing Places, LLC) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: *February 14, 2008*
City, State: *White Plains, N.Y.*

_____
United States District/~~Magistrate~~ Judge

78080.1

Brad A. Berish (BB 0340)
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
312-435-1050 (ph)
bberish@ag-ltd.com

Attorney for Defendants
Brian Farley, Phillip Herlihy and PMD Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| DOUGLAS E. PALERMO, ) | Civil Action No. 08 cv 1257 (CLB) |
|     Debtors. ) | |
| ) | |
| DAVID R. KITTAY, TRUSTEE, ) | |
|     Plaintiff, ) | |
| vs. ) | |
| ) | |
| BRIAN FARLEY, PHILIP HERLIHY, ) | |
| and PMD COMPANY, ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I, Brad A. Berish, an attorney, hereby certify that a copy of the attached **Motion to Admit Counsel Pro Hac Vice** and the documents referred to therein were served upon the party listed below, via e-mail transmission and regular mail on February 8, 2008:

    Jonathan Bardavid, Esq.
    Storch Amini & Munves, P.C.
    2 Grand Central Tower
    140 E. 45th Street, 25th Floor
    New York, NY 10017
    jbardavid@samlegal.com
    Attorney for Plaintiff

Dated: February 8, 2008

                                        /s/ Brad A. Berish
                                        Brad Berish, Esq.
                                        Adelman & Gettleman, Ltd.
                                        53 W. Jackson Boulevard, Suite 1050
                                        Chicago, Illinois 60604
                                        Tel: 312-435-1050
                                        Fax: 312-435-1059

                                        ATTORNEY FOR DEFENDANTS
                                        Brian Farley, Phillip Herlihy and PMD Company

78133