# Adelman & Gettleman, Ltd.

53 W. Jackson Blvd., Suite 1050
Chicago, Illinois 60604
312-435-1050
Fax: 312-435-1059

## FACSIMILE TRANSMISSION COVER SHEET

| | | | |
|---|---|---|---|
| **Name:** | Mrs. Cama, Deputy Clerk to Honorable Charles L. Brieant, United States District Court, Southern District of New York | **Fax:** | 914-390-4085 |
| **CC:** | Jonathan Bardavid, Esq, counsel to plaintiff | **Fax:** | 212-490-4208 |
| **Re:** | Case No. 08 CV 1257 (CLB) David R. Kittay v. Brian Farley, et al. Motion to Withdraw The Reference and To Transfer Venue filed 2/7/08 ("**Motion**") | | |
| **Sender:** | Brad A. Berish, Esq. | | |
| **Date:** | March 19, 2008 | | |

**Notes:** Per your request, this fax will confirm that the parties to the above matter are close to reaching a settlement. Per your request, you have asked that I file a written status report by May 2, 2008. If, however, the matter is settled before then, then I will contact you to arrange to withdraw the above Motion. If the settlement does not occur, however, then I will contact you to set the Motion for hearing.

Finally, I enclose again my 2/26/08 letter, and pro hac vice application and related documents that were filed on February 11th, for entry of the enclosed Pro Hac Vice order.

Please call if questions.

YOU SHOULD RECEIVE __11__ PAGE(S), INCLUDING THIS COVER SHEET.
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL **Debbie** AT 312-435-1050.

CONFIDENTIAL NOTE

The document(s) included with this facsimile sheet contain(s) information from the law firm of Adelman & Gettleman, Ltd. which is confidential and/or privileged. This information is intended only for the use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

78763.1 3/19/08

LAW OFFICES

# ADELMAN & GETTLEMAN, LTD.

A PROFESSIONAL CORPORATION

53 W. JACKSON BOULEVARD, SUITE 1050
CHICAGO, ILLINOIS 60604
312-435-1050
FAX 312-435-1059
www.adelmangettlemanlaw.com

HOWARD L. ADELMAN
BRAD A. BERISH
MARK A. CARTER
CHAD H. GETTLEMAN
HENRY B. MERENS
ADAM P. SILVERMAN

ERICH S. BUCK
STEVEN B. CHAIKEN
NATHAN Q. RUGG



February 26, 2008

<u>VIA OVERNIGHT MAIL</u>

Honorable Charles L. Brieant
Judge, United States District Court
Southern District of New York
300 Quarropas Street
White Plaines, New York 10601-4150
Attn: Mrs. Alice Cama, Deputy

　　Re:　In Re: Douglas E. Palermo ***
　　　　David R. Kittay, Trustee v. Brian Farley, et al.,
　　　　<u>Civil Case No. 08 CV 1257 (CLB)</u>

Dear Mrs. Cama:

　　I represent the defendants in the above matter. As per our conversation yesterday, I write about the following:

1.　I had filed my pro hac vice application in the above matter on February 11th, however, no order has been entered yet. For your convenience, I enclose a copy of the docket evidencing payment of the appropriate fee, and a copy of the file-stamped pro hac vice application. Also, enclosed is the draft Order.

2.　Per your request, enclosed for your records is (a) a copy of the Motion To Withdraw The Reference and To Transfer Venue that was filed in this case on February 7, 2008 (the "**Motion**") and (b) the Defendant's Rule 7.1 Statement that was filed on February 7th.

3.　Lastly, as we discussed, we have reached agreement with the Plaintiff on general terms of a tentative settlement of this matter, including the Motion, but that resolution is contingent on reaching agreement on a written settlement agreement and then, if successful, presenting that agreement to the Bankruptcy Court for approval. As discussed, in light of this development, I do not want to set a hearing on the Motion yet. As per your request, I will contact you by March 7th as to the status of the settlement.

78384.1 10/26/07

ADELMAN & GETTLEMAN, LTD.

Attn: Mrs. Alice Cama, Deputy
February 8, 2008
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

Brad A. Berish

BAB/db
Enclosures
cc: Jonathan Bardavid, Esq. (w/o encs.)

78394.1 2/26/08