LAW OFFICES
# ADELMAN & GETTLEMAN, LTD.
A PROFESSIONAL CORPORATION

HOWARD L. ADELMAN
BRAD A. BERISH
MARK A. CARTER
CHAD H. GETTLEMAN
HENRY B. MERENS
ADAM P. SILVERMAN

ERICH S. BUCK
STEVEN B. CHAIKEN
NATHAN O. RUGG

53 W. JACKSON BOULEVARD, SUITE 1050
CHICAGO, ILLINOIS 60604
312-435-1050
FAX 312-435-1059
www.adelmangettlemanlaw.com

1983 — 25th ANNIVERSARY — 2008

June 10, 2008

**MEMO ENDORSED**
*Application Granted. Motion Doc #1 to withdraw the Bankruptcy Reference is withdrawn. This case is now learned [closed?] to Drederick[?]*
*Charles L. Brieant*
*6/12/08    USDJ*

<u>VIA FACSIMILE AND REGULAR MAIL</u>
Honorable Charles L. Brieant
Judge, United States District Court
Southern District of New York
300 Quarropas Street
White Plaines, New York 10601-4150
Attn: Mrs. Alice Cama, Deputy

Re:  In Re: Douglas E. Palermo ***
     David R. Kittay, Trustee v. Brian Farley, et al.,
     <u>Civil Case No. 08 CV 1257 (CLB)</u>

Dear Mrs. Cama:

I represent the defendants in the above matter. As you may recall, we have pending in your Court a Motion To Withdraw The Reference and To Transfer Venue that I filed in this case on February 7, 2008 (the "**Motion**"). No hearing has been set for the Motion because the parties had been in settlement talks. I had last written you on April 23, 2008, to report that the parties had finally reached a settlement (the "**Settlement**"), and that on April 22, 2008, the plaintiff had filed a motion in the underlying adversary proceeding in the Bankruptcy Court (SDNY) (adv. no. 08-8203) (the "**Bankruptcy Court**") requesting that it approve of the Settlement (see dkt. no. 10) (the "**Settlement Motion**").

I write now to report that the Bankruptcy Court has approved of the Settlement by an Order entered on the docket on May 28, 2008, which Order has now become final and non-appealable.

Accordingly, as we discussed last week, I write to ask that our pending Motion in your Court be withdrawn and that the above referenced matter in your Court be concluded.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Brad A. Berish*

Brad A. Berish

BAB/db
cc: Jonathan Bardavid, Esq., counsel for plaintiff (via e-mail)

78394.1